# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LISA M. GRANGER, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0597-CG-N |
| CROSCILL HOME, LLC, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **REMANDED** to the Circuit Court of Mobile County, Alabama, and that plaintiff's motion for attorneys fees (Doc. 27) is **DENIED**.

**DONE and ORDERED** this 25th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE